# Court of Appeals
# of the State of Georgia

ATLANTA,___March 20, 2015___

*The Court of Appeals hereby passes the following order:*

**A15A1303. DELROY A. MCLEAN v. THE STATE.**

A jury found Delroy McLean guilty of criminal damage to property in the second degree in 2008. Following the denial of his motion for new trial, McLean appealed to this Court, and we affirmed the judgment of conviction in an unpublished opinion. See *McLean v. State*, Case No. A09A2372 (decided January 21, 2010). McLean has since filed numerous motions in an effort to set aside his conviction, which the trial court has denied. Most recently, McLean filed a "Motion to Show Cause," in which he challenged the sufficiency of the evidence and his trial counsel's effectiveness, among other things. The trial court denied McLean's motion, and he filed this direct appeal.

In McLean's direct appeal of his conviction, we rejected the same arguments that he raised in the motion filed in connection with this appeal. "It is axiomatic that the same issue cannot be relitigated *ad infinitum*. The same is true of appeals of the same issue on the same grounds." *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000); see also *Jordan v. State*, 253 Ga. App. 510, 511 (2) (559 SE2d 528) (2002). Our ruling in the prior appeal is res judicata. See *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007). Thus, McLean is estopped from seeking further judicial review on these issues. See id; see also *Ross v. State*, 310 Ga. App. 326, 328 (713 SE2d 438) (2011) (law of the case rule bars successive void sentence appeals). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___03/20/2015___*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*